# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| BRANDON KENNEDY, | CIVIL ACTION NO. 5:21-cv-04247 |
| Plaintiff, | JUDGE: Elizabeth E. Foote |
| v. | MAGISTRATE JUDGE: Mark L. Hornsby |
| OFFICER MONTRELL JACKSON, AND SERGEANT JUSTIN WHITE, INDIVIDUALLY; AND CITY OF SHREVEPORT POLICE CHIEF WAYNE SMITH, RECORDS CUSTODIAN FOR SHREVEPORT POLICE DEPARTMENT SERGEANT MICHAEL DUNN, AND RECORDS CUSTODIAN FOR SHREVEPORT POLICE DEPARTMENT JOHN DOE(S), IN THEIR OFFICIAL CAPACITIES. | |
| Defendants. | |

## STIPULATION OF DISMISSAL

NOW INTO COURT, through undersigned counsel comes plaintiff, BRANDON KENNEDY, who hereby stipulates that the above-entitled matter be dismissed, as to all defendants, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED this _21st_ day of December, 2022.

| | |
|---|---|
| PETTIETTE, ARMAND, DUNKELMAN, WOODLEY & CROMWELL, LLP | MORGAN, LEWIS & BOCKIUS, LLP |
| BY:  /s/ Joseph S. Woodley | BY:  /s/Jared Killeen |
| Joseph S. Woodley, Bar #19228 | Jared Killeen, Bar # |
| Marshall L. Perkins, Bar #36979 | 1701 Market Street |
| 400 Texas Street, Suite 400 (71101) | Philadelphia, PA 19103-2921 |
| Post Office Box 1786 | Telephone: 1... |
| Shreveport, Louisiana 71166-1786 | Facsimile: 1.215.963.5001 |

| | |
|---|---|
| (318) 221-1800 Telephone<br>(318) 226-0390 Facsimile<br>E-mail: jwoodley@padwbc.com<br>E-mail: mperkins@padwb.com<br>ATTORNEYS FOR DEFENDANTS | jeremy.blumenfeld@morganlewis.com<br>(215) 963-5000 Telephone<br>(215) 963-5001 Facsimile<br>E-mail: jared.killeen@morganlewis.com<br>ATTORNEY FOR PLAINTIFF |

7